KENDALL, Respondent, v. CARNRICK, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Frank P. Kendall against Gertrude Carnrick, as executrix. B. N. Cardozo, for appellant. J. M. Bowers, for respondent. No opin-

ion. Judgment affirmed, with costs. Order filed.